# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RANDY DEETS,<br><br>   Plaintiff,<br><br>vs.<br><br>C/O KILLIAN, *et al.*,<br><br>   Defendants. | Case No. 3:08-cv-0688-ECR-RAM<br><br>**ORDER** |

On July 16, 2009, this Court entered an order (#5) dismissing plaintiff's complaint with leave to amend. Plaintiff had up to and including August 16, 2009, in which to file an amended complaint in compliance with the Court's order. The Court further advised plaintiff that failure to comply with the Court's order would result in dismissal of his action. Plaintiff has not submitted an amended complaint or otherwise corresponded with the Court and has failed to comply with the Court's order.

**IT IS THEREFORE ORDERED** that this action shall be **DISMISSED** without prejudice. The Clerk of the Court shall enter final judgment accordingly.

DATED: Aug. 26, 2009.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE