AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

RANDY DEETS,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-CV-00688-ECR-RAM**

C/O KILLIAN, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudce.

  August 31, 2009                             **LANCE S. WILSON**
                                                                   Clerk

                                                          /s/ D. R. Morgan
                                                           Deputy Clerk